IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS CAPPELLO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JAMES HEIDECKER, ESQ.** | : | NO. 02-4518 |

## O R D E R

AND NOW, this      day of July, 2002, plaintiff having failed to submit a certified copy of his inmate trust fund account statement for the entire six-month period preceding the receipt of his complaint in this Court on July 8, 2002, as required by 28 U.S.C. § 1915,[1] it is hereby ORDERED that:

    1.   Plaintiff's motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is DENIED without prejudice; and

    2.   The Clerk shall CLOSE this case statistically.

**BY THE COURT:**

**J. CURTIS JOYNER, J.**

---

1. Plaintiff must get a certified account statement from any prison in which he was incarcerated during the six-month period from January 8, 2002 to July 8, 2002. To give plaintiff a clear picture of what the law requires, we attach an outline of filing information.